UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――X

YINI GOMEZ, YIMI GOMEZ, and
FILIMON GOMEZ

     Plaintiffs,

 -against-

PANERA, LLC, CHUCK HEYNEN, MOHAMMED JEFFALI, PAT DEPASCALE, and MARK LAMMERT,

     Defendants.

―――――――――――――――――――――X

Index. No. 07 CV 8129 (GEL)(DFE)

**RULE 7.1 STATEMENT**

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Panera, LLC (a private non-governmental party) certifies that the parent company of Panera, LLC is Panera Bread Company. Panera Bread Company is a publicly traded corporation and has a 100% ownership interest in Panera, LLC. No other publicly held corporation owns 10% or more of the stock of Panera, LLC.

Dated: December 4, 2007
  New York, New York

         MINTZ LEVIN COHN FERRIS
         GLOVSKY and POPEO, P.C.

         By: _____
         Jennifer B. Rubin (JR-3221)
         Michael S. Arnold (MA-8541)
         Chrysler Center - 666 Third Avenue
         New York, New York 10017
         (212) 935-3000

         *Attorneys for Panera, LLC*

4203309v.1