AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern               DISTRICT OF               New York

**APPEARANCE**

Case Number: 07cv8129 (GEL)(DFE)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Panera, LLC

I certify that I am admitted to practice in this court.

| 12/3/2007 | _(signature)_ |
|---|---|
| Date | Signature |
|  | Michael S. Arnold — MA-8541 |
|  | Print Name — Bar Number |
|  | 666 Third Avenue |
|  | Address |
|  | New York — New York — 10017 |
|  | City — State — Zip Code |
|  | (212) 935-3000 — (212) 983-3115 |
|  | Phone Number — Fax Number |