AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

**APPEARANCE**

Case Number: 07cv8129 (GEL)(DFE)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Panera, LLC

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/3/2007 | *[signature]* |
| Date | Signature |
| | Jennifer B. Rubin     JR-3321 |
| | Print Name     Bar Number |
| | 666 Third Avenue |
| | Address |
| | New York     New York     10017 |
| | City     State     Zip Code |
| | (212) 935-3000     (212) 983-3115 |
| | Phone Number     Fax Number |