UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

YINI GOMEZ, et al.,

        Plaintiffs,

   -v.-

PANERA LLC, et al.,

        Defendants.

-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08

07 Civ. 8129 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    Upon consent of the parties and pursuant to 28 U.S.C. § 1406(a), it is hereby ORDERED that this case is transferred to the District of New Jersey.

SO ORDERED.

Dated: New York, New York
       January 2, 2008

                                        GERARD E. LYNCH
                                     United States District Judge